**UNITED STATES COURT OF APPEALS**
**Tenth Circuit**
**Byron White United States Courthouse**
**1823 Stout Street**
**Denver, Colorado 80294**
**(303) 844-3157**

Patrick J.  Fisher, Jr.                                                      Elisabeth A. Shumaker
Clerk                                                                        Chief Deputy Clerk

December 13, 1997


**TO:**   All recipients of the captioned order and judgment

**RE:**   97-8034, Dobson v. Waugh, et al.
December 9, 1997


Please be advised of the following correction to the captioned decision:

There is an error in the caption on the first page of the decision.  Dan Price, II, is erroneously listed as "Crook County Jailer."  In fact, Mr. Price is a Judge, Sixth Judicial District, Crook County.

A corrected version of the first page is attached for your convenience.

Very truly yours,

Patrick Fisher, Clerk


Susie Tidwell
Deputy Clerk


encl.

**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**DEC 9 1997**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

JAMES ELMER DOBSON,

      Plaintiff-Appellant,

v.

RON WAUGH, in his official capacity
as Justice of the Peace for Crook
County; TERRENCE L. O'BRIEN, in
his official capacity as Judge, Sixth
Judicial District, Crook County; DAN
PRICE, II, in his official capacity as
Judge, Sixth Judicial District, Crook
County; BRIAN MOORHOUSE, in his
official capacity as former Crook
County Jailer; STEVEN STAHLA, in
his official capacity as Crook County
Sheriff; TY STUTZMAN, in his
official capacity as Crook County
Deputy Attorney; BILL RICE, in his
official capacity as Crook County
Deputy Attorney; DALE SANDER, in
his official capacity as Crook County
Deputy Sheriff; APRIL GIES, in her
official capacity as Crook County
Deputy Sheriff; DOUGLAS DESKIN,
in his official capacity as Wyoming
Department of Transportation
Highway Patrol Officer,

      Defendants-Appellees.

Case No. 97-8034

(D.C. 97-CV-69-B)
(District of Wyoming)

---

**ORDER AND JUDGMENT**[*]

Before ANDERSON, HENRY, and BRISCOE, Circuit Judges.

After examining the briefs and appellate record, this panel has unanimously determined that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is therefore ordered submitted without oral argument.

Plaintiff James Elmer Dobson appeals the district court's dismissal without prejudice of his 42 U.S.C. § 1983 claims against three of the twelve defendants. As this dismissal was not a final, appealable order, in the absence of certification under Fed. R. Civ. P. 54(b), we dismiss the appeal for lack of jurisdiction under 28 U.S.C. § 1291. See Hutchinson v. Pfeil, 105 F.3d 566, 569 (10th Cir. 1997) ("Under [28 U.S.C. §] 1291, we have jurisdiction only over 'final' decisions of the district court, where finality is controlled by Fed.R.Civ.P. 54(b)."); Harolds Stores, Inc. v. Dillard Dep't Stores, Inc., 82 F.2d 1533, 1541 (10th Cir.) ("An order that adjudicates fewer than all the claims raised is not a final, appealable

---

    *   This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

decision unless the district court certifies it under Rule 54(b)."), cert. denied, 117 S. Ct. 297 (1996).

For the foregoing reasons, we DISMISS Mr. Dobson's appeal for lack of jurisdiction. The mandate shall issue forthwith.

Entered for the Court,


Robert H. Henry
Circuit Judge